TORGENSON LAW
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
333 W. Roosevelt St.
Phoenix, AZ 85003
Telephone: (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

BRADY
Jonathan E. Lowy (*pro hac to be filed*)
Erin Davis (*pro hac to be filed*)
Christa Nicols (*pro hac to be filed*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: 202-370-8104
jlowy@bradyunited.org
edavis@bradyunited.org
cnicols@bradyunited.org

*Attorneys for Appellant Carlos Daniel Travieso*

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>        Appellant,<br><br>v.<br><br>GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50<br><br>        Appellees. | 9th Cir. No.: 21-15539<br><br>**APPELLANT'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS PENDING APPEAL WITH PREJUDICE PURSUANT TO FED. R. APP. P. 42(B)** |

## Appellant's Unopposed Motion to Voluntarily Dismiss Pending Appeal With Prejudice Under Fed. R. App. P. 42(b)

Appellant respectfully requests that this Court dismiss his appeal against Glock, Inc. with prejudice for the following reasons.

1. "An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court." Fed. R. App. P. 42(b).

2. Glock, Inc. has consented to this motion.

3. Appellant sued two Defendants – Glock, Inc. and Glock GmbH – in the United States District Court for the District of Arizona for their role in manufacturing, distributing and selling an allegedly defectively designed handgun whose unsafe design foreseeably caused injury to the Appellant. Complaint, *Travieso v. Glock, Inc*. No. 2:20-cv-00523-SMB (D. Az. Mar. 12, 2020) (Dkt. No. 1).

4. Defendant Glock, Inc. filed a Motion to Dismiss (Dkt. No. 19) on July 10, 2020, contending that the case was barred by the Protection of Lawful Commerce in Arms Act ("PLCAA," 15 U.S.C. §§ 7901-7903).

5. Defendant Glock GmbH was not a party to Glock, Inc.'s Motion to Dismiss.

6. The trial judge (Judge Brnovich) issued an order granting Glock, Inc.'s Motion to Dismiss on March 10, 2021. Dkt. No. 38 (the "Order").

7. The trial court clerk's office appears to have erroneously interpreted a

subsequent directive by the trial court designed to give effect to the Order as an instruction to close the entire case *even as to Glock GmbH*. See Dkt. Nos. 39 - 40 (both dated March 11, 2021).

8. The trial court did not intend to dismiss Glock GmbH.

9. There was no basis for dismissal as to Glock GmbH because Glock GmbH had not moved to dismiss.

10. Further Appellant never had an opportunity to argue against the dismissal of Glock GmbH.

11. Nevertheless, because there was, nominally, a final judgment as to all parties because of the erroneous dismissal of Glock GmbH, Appellant timely filed a notice of appeal to this Court and this Court acknowledged receipt of Appellant's petition. *Travieso v. Glock, Inc*, No. 21-15539 (9th Cir. Mar. 25, 2021) (Dkt. No. 1-1).

12. The trial court, upon Appellant's motion, then issued an order correcting the erroneous dismissal of Glock GmbH and reopening the case as to Glock GmbH. *Travieso v. Glock, Inc*. No. 2:20-cv-00523-SMB (D. Az. Apr. 30, 2021) (Dkt. No. 47) (the "Corrective Order").

13. As a result of the Corrective Order, there was no longer a final judgment as to all parties in the case and appeal to this Court was not proper absent the trial court certifying the initial Order as appealable under Fed. R. Civ. P. 54(b).

14. Appellant timely filed a motion seeking to have the trial court certify its initial Order as appealable on April 26, 2021 in anticipation of the grant of the Corrective Order. Dkt. No. 46.

15. That motion remains pending before the trial court.

16. Appellant, separately moved before this Court to dismiss this pending appeal without prejudice, as there was no longer a final judgment to appeal. *Travieso v. Glock, Inc*, No. 21-15539 (9th Cir. May 4, 2021) (Dkt. No. 5-1).

17. On June 28, 2021, by filed clerk order, this Court ordered Appellant to seek dismissal of this appeal with prejudice within seven days, or comply with the appellate briefing schedule. Dkt. No. 7.

18. Because Appellant took an appeal from an erroneously entered and nominally final Order by the trial court in good faith, dismissal of the pending appeal with prejudice will have no impact on Appellant's ultimate ability to appeal from a final judgment in the trial court resolving this case as to all parties.

19. At that time, Appellant will appeal the judgment in favor of Glock, Inc. (and potentially Glock GmbH, if appropriate).

20. Hence, Appellant now moves this Court to dismiss his pending appeal with prejudice.

21. A draft order granting this motion is appended as Exhibit A for the Court's

consideration.

All parties shall bear their own costs and fees related to this motion and the underlying appeal.

Dated July 2, 2021

        By: /s/ John P. Torgenson
        John P. Torgenson (No. 023505)
        Jon T. Drago (No. 034194)
        TORGENSON LAW
        333 W. Roosevelt St.
        Phoenix, AZ 85003
        T: 602-759-0012
        jtorgenson@torgensonlaw.com
        jdrago@torgensonlaw.com

        Jonathan E. Lowy (*admitted pro hac vice*)
        Erin Davis (*pro hac to be filed*)
        Christa Nicols (*pro hac to be filed*)
        BRADY
        840 First Street, N.E.
        Suite 400
        Washington, DC 20002
        T: 202-370-8104
        jlowy@bradyunited.org
        edavis@bradyunited.org
        cnicols@bradyunited.org

        *Attorneys for Appellant*

# CERTIFICATE OF SERVICE

I certify that on the 2nd day of July 2021, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Dated July 2, 2021

By: /s/ John P. Torgenson
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
TORGENSON LAW
333 W. Roosevelt St.
Phoenix, AZ 85003
T: 602-759-0012
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

Jonathan E. Lowy *(admitted pro hac vice)*
Erin Davis *(pro hac to be filed)*
Christa Nicols *(pro hac to be filed)*
BRADY
840 First Street, N.E.
Suite 400
Washington, DC 20002
T: 202-370-8104
jlowy@bradyunited.org
edavis@bradyunited.org
cnicols@bradyunited.org

*Attorneys for Appellant*